Submitted on record and briefs December 7, 2001, reversed and remanded February 13, 2002

## STATE OF OREGON,
*Respondent,*

*v.*

## DAVID ARTHUR STEPHENS,
*Appellant.*

99C-41789; A109562

40 P3d 551

Rebecca Duncan, Deputy Public Defender, filed the brief for appellant.

Rolf C. Moan, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving under the influence of intoxicants, arguing that evidence of a urine test was inadmissible because the test did not conform to the applicable protocol. *See* ORS 813.131(4) (1997). The state confesses error, and we agree. *State v. Chipman*, 176 Or App 284, 31 P3d 478 (2001).

Reversed and remanded.